No. 88–215.  HOHRI ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 88–218.  PIERSON *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–237.  NOEL *v.* DEPARTMENT OF SANITATION OF CITY OF NEW YORK.  App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 88–244.  OLITSKY *v.* SPENCER GIFTS, INC.  C. A. 5th Cir. Certiorari denied.

No. 88–245.  CLARIDGE HOTEL & CASINO *v.* MCLAUGHLIN, SECRETARY OF LABOR.  C. A. 3d Cir.  Certiorari denied.

No. 88–252.  HARTNESS ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–256.  WINTER *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–304.  MAYON *v.* SOUTHERN PACIFIC TRANSPORTATION Co.  C. A. 5th Cir.  Certiorari denied.

No. 88–323.  RAKOWSKI *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 88–324.  HASTINGS *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 88–364.  LACHMAN ET UX., ON BEHALF OF LACHMAN, A MINOR *v.* ILLINOIS STATE BOARD OF EDUCATION ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–369.  DRAKE PUBLISHERS, INC., DBA HIGH SOCIETY MAGAZINE *v.* SAMAD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–376.  NELSON *v.* NELSON, SPECIAL ADMINISTRATOR OF THE ESTATE OF NELSON.  Sup. Ct. Ill.  Certiorari denied.